SEALED

FILED

MAR 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0074-EFB |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| CHRISTIAN PATINO, | **UNDER SEAL** |
| Defendant. | |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and supporting affidavit in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 3-29-2018

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                    1