| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
CHRISTIAN PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-075 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHRISTIAN PATINO, | DATE: August 9, 2018 |
| Defendant. | TIME 10:00 a.m. |
| | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Christian Patino, that the status conference scheduled for August 9, 2018 be vacated and be continued to September 20, 2018 at 10:00 a.m.

186 pages of discovery were produced in May this year. Defense counsel requires additional time to review discovery with the defendant, who is in custody, and to conduct defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 20, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479,

//

Stipulation and Order
to Continue Status Conference

-1-

Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 6, 2018   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for CHRISTIAN PATINO

DATED: August 6, 2018   MCGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on September 20, 2018, at 10:00 a.m. Time from August 9, 2018 up to and including September 20, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: August 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE