HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
CHRISTIAN PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PATINO,<br><br>Defendant. | Case No. 2:18-cr-075 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 20, 2018<br>TIME  10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Christian Patino, that the status conference scheduled for September 20, 2018 be vacated and be continued to October 18, 2018 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and to continue with the investigation including record collection.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 20, 2018, pursuant to 18

/ / /

/ / /

/ / /

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 17, 2018     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for CHRISTIAN PATINO

DATED: September 17, 2018     MCGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on October 18, 2018, at 10:00 a.m. The Court orders the time from September 20, 2018 up to and including October 18, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE